UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | | |
|---|---|---|
| BEATRICE MAE PERSON, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CVIIL CASE** |
| v. | ) | **CASE NO. 5:15-CV-569-FL** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court REJECTS the recommendation in the M&R, GRANTS plaintiff's motion (DE 14), DENIES defendant's motion (DE 16), and REMANDS to defendant for further proceedings consistent with this opinion, pursuant to sentence four of 42 U.S.C. 405(g).

**This Judgment Filed and Entered on March 15, 2017, and Copies to:**

Brian M. Ricci (via CM/ECF Notice of Electronic Filing)

David M. Mansfield (via CM/ECF Notice of Electronic Filing)

DATE

March 15, 2017

PETER A. MOORE, JR., CLERK

_____

(By) Susan K. Edwards, Deputy Clerk