IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-569

| | |
|---|---|
| BEATRICE MAE PERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Nancy A. Berryhill, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CONSENT ORDER FOR PAYMENT <br> OF FEES AND COSTS PURSUANT TO <br> THE EQUAL ACCESS TO JUSTIC ACT |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of Five Thousand Dollars and Zero Centers ($5,000.00) for attorney fees in full and final settlement of all claims arising from the above-captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned her right to payment of such fees and costs to her attorney.

It is therefore ORDERED, this 16th day of May, 2017, that the Plaintiff shall be, and hereby is, awarded the sum of Five Thousand Dollars and Zero Cents ($5,000.00) for attorney fees in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

_____
LOUISE WOOD FLANAGAN
United States District Judge

CONSENTED TO:

Brian M. Ricci
Ricci Law Firm, P.A.
P.O. Box 483
Greenville, NC 27835-0483
252-752-7785
bmricci@riccilawnc.com

David M. Mansfield
Social Security Administration
6401 Security Boulevard, Altmeyer Building
Baltimore, Maryland 21235
David.mansfield@ssa.gov